AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
для the

_____ District of  NEVADA _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:17-mj-00087-VCF |
| MICHAEL KELLY | ) | |
| | ) | Charging District:   District Court of Virgin Islands |
| *Defendant* | ) | Charging District's Case No.   2016-21 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S.. District Court<br>5500 Veterans Dr.<br>St. Thomas, Virgin Islands | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  02/15/2017 9:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   February 1, 2017

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*



____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

FEB - 1 2017

CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY